# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN　　　　　　　　(914) 948-5656
RICHARD D. WILLSTATTER　　　　　FAX (914) 948-8730　　　　　E-MAIL: WILLSTATTER@MSN.COM

August 11, 2020

Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10701

　　　　　　　　　　　　　Re: <u>United States v. Roberto Margolla</u>
　　　　　　　　　　　　　　　13 Cr. 880 (CS)

Dear Judge Seibel:

　　　This is an application for a "Nunc Pro Tunc" order appointing me to represent Mr. Margolla from October 22, 2019 forward on his second violation of supervised release. The initial order of appointment authorizes services from May 4, 2020 forward, the date I first appeared in Court for this VOSR. I am advised by the CJA Clerk that such an order is required if I am to submit for work before May 4, 2020.

　　　On October 22, 2019, I spoke with Orange County Legal Aid about Mr. Margolla's state court guilty plea. I received the initial VOSR report in January 2020, engaged with the USPO and the Court's Deputy on April 30, and spent 1.1 hours on the case on May 1, 2020. The time before May 4, 2020 totals 1.7 hours.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　RICHARD D. WILLSTATTER

The above-referenced order of appointment is hereby amended to authorize services beginning October 22, 2019.

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　*Cathy Seibel*
　　　　　　　　　　　　　　　　　　　CATHY SEIBEL, U.S.D.J.

　　　　　　　　　　　　　　　　　　　August 12, 2020