# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

March 16, 2022

*Application granted. Mr. Willstatter is appointed to represent Mr. Margolla nunc pro tunc to 3/14/22.*

*SO ORDERED.*

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
3/16/22

Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10701

Re: <u>United States v. Roberto Margolla</u>
13 Cr. 880 (CS)

Dear Judge Seibel:

This is an application for order appointing me to represent Mr. Margolla "Nunc Pro Tunc" from March 14, 2022 forward on the proceedings held today. I spoke with Roberto Margolla on March 14, 2022 in preparation for today's appearance.

Very truly yours,

/s/   Richard Willstatter
RICHARD D. WILLSTATTER